# EXHIBIT 4

# TO DECLARATION OF JON NICOLINI

