# EXHIBIT 5

# TO DECLARATION OF JON NICOLINI



CONTACT US | LOG IN | VIEW DEMO | SIGN UP

  

**Select a Report**

**WEB BROWSERS**
- Market Share
- Market Share Trends
- Version
- Version Trends
- Render Engine

**PLUGINS**
- Plugin Overview
- Flash
- Shockwave
- Google Gears
- Quicktime
- Windows Media Player
- Silverlight
- Java

**OPERATING SYSTEMS**
- Market Share
- Market Share Trends
- Version
- Version Trends

**SEARCH ENGINES**
- Market Share
- Market Share Trends
- Search Engine Results Page
- Keyword Count
- Domain in Keywords

**WEB STANDARDS**
- JavaScript Versions
- SVG Support
- PNG Alpha Support
- ACID Compliance

**SYSTEM SETTINGS**
- Screen Resolution
- Architecture
- Color Depth
- Third-Party Cookie Support

**NETWORK / TRAFFIC**
- ISP Market Share
- Connection Speed
- Residential vs Corporate
- Landing Page Type
- Behind Proxy Server
- Visitor Source

**GOOGLE**
- Search Methods
- Search Suggestions

**MICROSOFT**
- .Net
- MS Office
- Media Center
- Tablet PCs
- ActiveX Disabled

**CUSTOM REPORTS**
- Rich Internet Applications
- Microsoft Market Dominance

**ABOUT OUR DATA**
- How We Collect Data

# Web Browser Market Share
Web Browser usage analysis and market penetration statistics

This report displays information on web browser market share and usage. Also known as "browser wars", the statistics below analyze the amount of market penetration attained by browsers such as Internet Explorer, FireFox, Safari and Google Chrome. We only list browsers that have amassed at least 0.1% of the market share during the selected time period.

You can view this report utilizing trend charting by visiting the Web Browser Market Share Trend page.



LIKE THIS REPORT? CURIOUS HOW YOUR SITE COMPARES? Read more about our account options >>>

**Report Filters**
Click here to drill-down to find the information you are looking for!

| DATE RANGE | INTERVAL | CHART TYPE | BROWSER | OPERATING SYSTEM | SEARCH ENGINE | CONNECTION |
|---|---|---|---|---|---|---|
| May '11 - Oct '11 | Monthly | 3D Pie | All Browsers | All Operating Systems | All Search Engines | All Connections |

| TIMEFRAME » | INTERVAL » | CHART TYPE » | EXPORT » | SHARE » |
|---|---|---|---|---|

**Web Browser Market Share**



Internet Explorer, 55.77%
Firefox, 20.53%
Chrome, 12.29%
Safari, 10.25%
Opera, 0.43%
Other, 0.73%

**Report Drill-Downs**
You may click any of the Browser results below to drill down to a more detailed report for that individual Browser. You can also check "Explore" to view multiple Browsers at a time.

| EXPLORE | BROWSER | TOTAL AVG | MAY '11 | JUN '11 | JUL '11 | AUG '11 | SEP '11 | OCT '11 |
|---|---|---|---|---|---|---|---|---|
| ☐ | Internet Explorer | 55.76% | 57.51% | 56.23% | 55.26% | 53.81% | 0.00% | 0.00% |
| ☐ | Firefox | 20.53% | 20.46% | 20.85% | 20.29% | 20.50% | 0.00% | 0.00% |
| ☐ | Chrome | 12.29% | 11.08% | 12.04% | 12.59% | 13.62% | 0.00% | 0.00% |
| ☐ | Safari | 10.25% | 9.88% | 9.77% | 10.68% | 10.75% | 0.00% | 0.00% |
| --- | Other | 0.73% | 0.58% | 0.65% | 0.80% | 0.93% | 100.00% | 100.00% |
| ☐ | Opera | 0.43% | 0.49% | 0.46% | 0.37% | 0.39% | 0.00% | 0.00% |

→ Drill-Down Now!