```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                                    :
METRO MEDIA ENTERTAINMENT, LLC
                                    :
     v.                             :   Civil Action No. DKC 12-0347
                                    :
DOES 1-47
                                    :
```

**ORDER**

On February 6, 2012, Plaintiff Metro Media Entertainment, LLC, filed this action for copyright infringement against forty-seven John Doe defendants.  (ECF No. 1).  Plaintiff owns the copyright to a movie titled *My Baby Got Back! #44* ("the Work"). The Doe Defendants are alleged illegally to have downloaded and/or uploaded the Work using an internet protocol called BitTorrent.  The Doe Defendants are identified in the complaint only by their internet protocol ("IP") addresses.  On March 20, 2012, the court issued an order allowing Plaintiff to serve subpoenas on the internet service providers ("ISPs") listed in an exhibit to the complaint to obtain the "names, current (and permanent) addresses, telephone numbers, e-mail addresses, and Media Access Control addresses" of the Doe Defendants.  (ECF No. 5).

As stated in the court's April 27, 2012, Memorandum Opinion in *Third Degree Films, Inc. v. Does 1-108*, No. DKC 11-3007 (ECF

No. 40), pursuant to Rule 21, the court can assess *sua sponte* whether joinder of the Doe Defendants for purposes of expedited discovery is proper. For the reasons set forth in that opinion, joinder is not proper under the circumstances in this case.

Accordingly, it is this 7th day of May, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. With the exception of Doe 1, all Doe Defendants BE, and the same hereby ARE, SEVERED from this action;

2. The claims of Plaintiff Metro Media Entertainment, LLC, against the severed Doe Defendants 2-47 BE, and the same hereby ARE, DISMISSED without prejudice;

3. All subpoenas seeking severed Doe Defendants' personal identifying information BE, and the same hereby ARE, QUASHED;

4. Plaintiff SHALL IMMEDIATELY NOTIFY subpoena recipients that the subpoenas have been quashed and that all Doe Defendants except Doe 1 have been severed and are not litigants in this case;

5. Plaintiff SHALL FILE UNDER SEAL copies of all notices sent to severed Doe Defendants pursuant to paragraph 4 above;

6. Moving forward, all documents filed in this action that contain Doe 1's identifying information SHALL BE FILED UNDER SEAL; and

7. All other pending motions from severed Doe Defendants BE, and the same hereby ARE, DENIED as moot.

                                                      /s/
                                    DEBORAH K. CHASANOW
                                    United States District Judge